# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**684**
**CAF 11-01814**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF ANASTASHIA S.
------------------------------------------
CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL        MEMORANDUM AND ORDER
SERVICES, PETITIONER-RESPONDENT;

TONYA R., RESPONDENT-APPELLANT.

---

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (PAUL V. WEBB, III, OF COUNSEL), FOR RESPONDENT-APPELLANT.

JANE E. LOVE, MAYVILLE, FOR PETITIONER-RESPONDENT.

MICHAEL J. SULLIVAN, ATTORNEY FOR THE CHILD, FREDONIA, FOR ANASTASHIA S.

---

Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered May 10, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order denied the motion of respondent to vacate a default judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Memorandum: Contrary to the contention of respondent mother, Family Court did not abuse its discretion in denying her motion to vacate a judgment entered upon her default in this permanent neglect proceeding. The mother's contention that she had a reasonable excuse for her failure to appear based upon her lack of knowledge of the fact-finding hearing and upon her incarceration at the time of that hearing is not preserved for our review, inasmuch as she did not seek vacatur on those grounds (*see Matter of Derrick T.*, 261 AD2d 108, 109). In any event, we conclude that the mother failed to establish a reasonable excuse for her failure to appear (*see Matter of Raymond Anthony A.*, 192 AD2d 529, *lv dismissed* 82 NY2d 706; *cf. Matter of Danner-Nepage v Nepage*, 60 AD3d 1495, 1495-1496). In addition, the mother's unsubstantiated and conclusory assertion of partial compliance with the prior dispositional order is insufficient to establish a meritorious defense to the petition (*see Matter of Gloria Marie S.*, 55 AD3d 320, 321, *lv dismissed* 11 NY3d 909; *see also Matter of Kenneth L.*, 92 AD3d 1245, 1247; *Matter of Alexis C.R.*, 71 AD3d 1511, *lv dismissed* 14 NY3d 922).

Entered: June 8, 2012               Frances E. Cafarell
                                      Clerk of the Court